808 F.2d 836
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Haywood WILLIAMS, Plaintiff-Appellant,
and
Paul ATHEY; Leon Knight; T. Wilborn; Phillip Scott; A.
Rucker; G. Mitchell; A. Harris; John Sherfielf;
Plaintiff,
v.
Charles ROBB, Governor; Frank White, Secretary of Public
Safety; Raymond Procunier, Director, Virginia Department of
Corrections; Robert M. Landon, Deputy Director, Virginia
Department of Corrections; A.T. Robinson, Regional
Administrator, Virginia Department of Corrections; E.L.
Booker, Superintendent, Virginia State Penitentiary; Steve
Hollar, Assistant Superintendent of Treatment, Virginia
State Penitentiary; Leftwich Reynolds, Assistant
Superintendent of Operations, Virginia State Penitentiary;
R.M. Muncy, Security Chief, Virginia State Penitentiary;
Wright, Superintendent of Treatment, Virginia State
Penitentiary; Dr. Price, Superintendent, Rehabilitative
School Authority; K.O. White, Esquire; P.C. Hunnel; K.
Blackwell; Ronald C. Lewis, Fire Chief, City of Richmond;
City of Richmond; Virginia State Fire Marshall; Others
Presently Unknown in their Official Capacities; Defendant-Appellees.
 NO. 86-7566.
 United States Court of Appeals, Fourth Circuit.
 Submitted June 23, 1986.
Decided Dec. 31, 1986.
 
 Before WIDENER, PHILLIPS and WILKINSON, Circuit Judges.
 Haywood Williams, pro se.
 Guy W. Horsley, Office of the Attorney General, for appellees.
 PER CURIAM:
 
 
 1
 A review of the record and the district court's opinion discloses that this appeal from its order denying relief under 42 U.S.C. Sec. 1983 is without merit. Because the dispositive issues recently have been decided authoritatively, we dispense with oral argument and affirm the judgment below on the reasoning of the district court. Williams v. Robb, C/A No. 83-237-AM (E.D.Va., March 6, 1986).
 
 
 2
 AFFIRMED.